AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Massachusetts_____

Melissa Seppi

V.

Mezzanotte, LLC d/b/a Vision Nightclub
and Frank C. Amato

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 03 CV 12493 RCL

*[Stamp: FILED IN CLERK'S OFFICE 2003 DEC 23 A 11:28 U.S. DISTRICT COURT DISTRICT OF MASS.]*

TO: (Name and address of Defendant)

Mezzanotte, LLC d/b/a Vision Nightclub
168 Broadway
Saugus, MA 01906

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edward F. Wallace, Esq.
Law Offices of Edward F. Wallace, P.C.
11 School St.
N. Chelmsford, MA 01863

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

[signature]

(By) DEPUTY CLERK

DATE: DEC 11 2003

*[Seal: United States District Court, District of Massachusetts]*

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

Essex, ss.

December 19, 2003

I hereby certify and return that on 12/17/2003 at 12:15 pm I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Frank Amato, agent, person in charge at the time of service for Mezzanotte, LLC, 168 Broadway, Saugus, MA 01906. Basic Service Fee ($30.00), Postage and Handling ($3.00), Copies ($10.00) Total Charges $43.00

_William P Hill_
Deputy Sheriff

Deputy Sheriff William Hill

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                    Signature of Server

                                      _____
                                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.