AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Massachusetts_____

Melissa Seppi

V.

Mezzanotte, LLC d/b/a Vision Nightclub
and Frank C. Amato

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 03 12493 RCL

TO: (Name and address of Defendant)

> Frank C. Amato
> 4 Gemma Dr.
> Peabody, MA 01960

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Edward F. Wallace, Esq.
> Law Offices of Edward F. Wallace, P.C.
> 11 School St.
> N. Chelmsford, MA 01863

an answer to the complaint which is served on you with this summons, within _____twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE: DEC 11 2003

(By) DEPUTY CLERK

◇AO

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

December 17, 2003

I hereby certify and return that on 12/16/2003 at 08:45 am I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Frank C. Amato at 4 Gemma Drive, Peabody, MA 01960. Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($9.60), Postage and Handling ($1.00), Copies ($5.00) Total Charges $47.10

Deputy Sheriff Michael Burke

*/s/ Michael Burke*
Deputy Sheriff

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                            *Signature of Server*

                                        _____
                                             *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.