UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELISSA SEPPI,<br>　　　　Plaintiff,<br><br>v.<br><br>MEZZANOTTE, LLC d/b/a VISION<br>NIGHTCLUB and FRANK C. AMATO,<br>　　　　Defendants. | C.A. NO.: 03CV12493 RCL |

## NOTICE OF APPEARANCE OF COUNSEL

To the Clerk of the Above-Named Court:

　　Kindly docket the appearance of John A. Donovan, Jr. and Kevin G. Kenneally, Donovan Hatem, LLP, Two Seaport Lane, Boston, Ma 02210, as counsel of record for Mezzanotte LLC d/b/a Vision Nightclub (only), a defendant in the above-captioned action.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　Defendant
　　　　　　　　　　　　　　　　　　　　Mezzanotte LLC d/b/a Vision
　　　　　　　　　　　　　　　　　　　　Nightclub
　　　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　　　_/s/ Kevin G. Kenneally_
　　　　　　　　　　　　　　　　　　　　Kevin G. Kenneally
　　　　　　　　　　　　　　　　　　　　BBO No. 550050
　　　　　　　　　　　　　　　　　　　　John A. Donovan, Jr.
　　　　　　　　　　　　　　　　　　　　BBO No. 130600
　　　　　　　　　　　　　　　　　　　　Donovan Hatem, LLP
　　　　　　　　　　　　　　　　　　　　Two Seaport Lane
　　　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　　　(617) 406-4500

Dated: January 5, 2004
00802857/23809.1