UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MELISSA SEPPI,  )<br>      Plaintiff,  )<br>  )<br>v.  )<br>  )<br>MEZZANOTTE, LLC d/b/a VISION  )<br>NIGHTCLUB and FRANK C. AMATO,  )<br>      Defendants.  )<br>  ) | C.A. NO.: 03CV12493 RCL |

## NOTICE OF APPEARANCE OF COUNSEL

To the Clerk of the Above-Named Court:

    Kindly docket the appearance of John A. Donovan, Jr. and Kevin G. Kenneally, Donovan Hatem, LLP, Two Seaport Lane, Boston, Ma 02210, as counsel of record for Mezzanotte LLC d/b/a Vision Nightclub (only), a defendant in the above-captioned action.

    Respectfully submitted,
    Defendant
    Mezzanotte LLC d/b/a Vision
    Nightclub
    By its attorneys,

    /s/ Kevin G. Kenneally
    /s/ John A. Donovan, Jr.

    Kevin G. Kenneally
    BBO No. 550050
    John A. Donovan, Jr.
    BBO No. 130600
    Donovan Hatem, LLP
    Two Seaport Lane
    Boston, MA 02210
    (617) 406-4500

Dated: January 21, 2004
00802857/23809.1