## **CERTIFICATE OF SERVICE**

I, Kevin G. Kenneally, hereby certify that on January 21, 2004 I caused a true and accurate copy of the following documents

> Notice of Appearance of Counsel;
> Defendant Frank C. Amato's Answer and Jury Demand; and
> Defendant Mezzanotte, LLC d/b/a Vision Nightclub's Answer
>   And Jury Demand

to be mailed, by first class mail, postage prepaid, to Edward F. Wallace, Esq., 11 School Street, North Chelmsford, MA 01863.

/s/ Kevin G. Kenneally
Kevin G. Kenneally

00806285.DOC