UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03 CV 12493 RCL

MELISSA SEPPI, )
       PLAINTIFF )
 )
VS. )
 )
MEZZANOTTE, LLC et al, )
       DEFENDANT )

## PLAINTIFF'S LOCAL RULE 35.1 DISCLSURE

Now comes the Plaintiff, Melissa Seppi, and pursuant to Local Rule 35.1 discloses the following medical information:

1. Medical Expenses

| | |
|---|---|
| Action Ambulance ) | |
| Massachusetts General Hospital ) | |
| Massachusetts General Physicians ) | |
| Rockingham regional Ambulance ) | Medicaid Claim Report-$403,634.72 |
| St. Joseph's Hospital ) | Through 5/15/03-Copy enclosed |
| Greater Nashua ) | |
| Home Health & Hospice ) | |

The Plaintiff has incurred additional medical expenses not yet received by Plaintiff's counsel and will incur future medical expenses.

2. Medical Providers

Action Ambulance
Massachusetts General Hospital
Massachusetts General Physicians
Rockingham regional Ambulance
St. Joseph's Hospital
Greater Nashua
Home Health & Hospice

Duly executed Medical Releases, directed to each provider is enclosed herewith authorizing disclosure of the Plaintiff's medical records to defense counsel.

MELISSA SEPPI,
By her attorney,

_____
Edward F. Wallace, Esq.
BBO#: 513540
Law Offices of Edward F. Wallace, P.C.
Edward F. Wallace, Esq.
11 School St.
N. Chelmsford, MA  01863
(978) 250-8887

Dated: <u>February 18, 2004</u>

## CERTIFICATE OF SERVICE

I, Edward F. Wallace, Esq., hereby certify that on this date the foregoing document was served upon all interested parties by mailing a true copy thereof, priority mail, postage prepaid, directed to their counsels of record:

    Kevin G. Kenneally
    Donovan Hatem, LLP
    Two Seaport Ln.
    Boston, MA  02210

_____
Edward F. Wallace, Esq.
BBO#: 513540
Law Offices of Edward F. Wallace, P.C.
Edward F. Wallace, Esq.
11 School St.
N. Chelmsford, MA  01863
(978) 250-8887

Dated: <u>February 18, 2004</u>