UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MELISSA SEPPI,<br>      Plaintiff,<br><br>v.<br><br>MEZZANOTTE, LLC d/b/a VISION<br>NIGHTCLUB and FRANK C. AMATO,<br>      Defendants. | C.A. NO.: 03CV12493 RCL |

**CERTIFICATION OF DEFENDANT
PURSUANT TO L.R. 16.1(D)(3)**

Defendant Mezzanotte, LLC, by counsel and its representatives, hereby certifies that the party and counsel have conferred:

(a)    with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution.

_/s/_
Mezzanotte, LLC
(Authorized Person)

MEZZANOTTE, LLC d/b/a VISION
NIGHTCLUB
By its attorneys,

_/s/ Kevin G. Kenneally_
John A. Donovan, Jr.
BBO No. 130600
Kevin G. Kenneally
BBO No. 550050
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY RECORD FOR EACH OTHER PARTY BY MAIL/HAND 3/22/04
_/s/ Kevin Kenneally_

Dated: 3/22/04
00816597.DOC