UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MELISSA SEPPI,
    Plaintiff,

v.

C.A. NO.: 03CV12493 RCL

MEZZANOTTE, LLC d/b/a VISION
NIGHTCLUB and FRANK C. AMATO,
    Defendants.

## CORPORATE DISCLOSURE
## STATEMENT PURSUANT TO L.R. 7.3

Defendant Mezzanotte, LLC is a Massachusetts Limited Liability Company which does not have any parent corporation and no publicly held company owns 10% or more of the party's stock.

MEZZANOTTE, LLC d/b/a VISION
NIGHTCLUB
By its attorneys,

*/s/ Kevin G. Kenneally*
John A. Donovan, Jr.
BBO No. 130600
Kevin G. Kenneally
BBO No. 550050
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

Dated: 3/22/04

00816605.DOC

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON 3/22/04

*/s/ Kevin G. Kenneally*