UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MELISSA SEPPI,<br>      Plaintiff,<br><br>v.<br><br>MEZZANOTTE, LLC d/b/a VISION<br>NIGHTCLUB and FRANK C. AMATO<br>      Defendants. | C.A. NO.: 03CV12493 RCL |

### DEFENDANTS MEZZANOTTE, LLC d/b/a VISION NIGHTCLUB AND FRANK C. AMATO'S INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P 26(a)(1), Defendants Mezzanotte, LLC d/b/a Vision Nightclub and Frank C. Amato make the following disclosures based on information reasonably available to them at this time. Defendants reserve the right to supplement or revise these disclosures if and when additional information becomes available.

The defendants' initial disclosures are made without waiving in any way (1) the right to object on the grounds of competency, privilege, relevancy, materiality, hearsay or any other proper grounds, to the use of such information, for any purpose in whole or in part, in any subsequent proceeding in this action, and (2) the right to object on any ground, at any time, to any other discovery request or proceeding involving or relating to the subject matter of these disclosures. All of the disclosures set forth below are made subject to the above objections.

**A. The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

The following individuals are likely to have discoverable information relevant to the disputed facts alleged in the complaint. The defendants reserve the right to supplement and revise its disclosures after further discovery.

1. Josh Spitalieri
   44 Meadow Street
   Beverly, MA
   (978) 375-1447
   DJ at Vision's nightclub who knew the plaintiff.

2. Meghan Putnam
   Driver of vehicle in accident alleged in the complaint.

3. Melissa Seppi

4. Margaret Doherty
   Friend of plaintiff's that was interviewed by the police and stated she had attended the Nightclub with the plaintiff prior to the accident alleged in the complaint.

5. Sarah Walsh
   Friend of plaintiff's that was interviewed by the police and stated she had attended the Nightclub with the plaintiff prior to the accident alleged in the complaint.

6. Jenny Entrican
   Friend of plaintiff's that was interviewed by the police and stated she had attended the Nightclub with the plaintiff prior to the accident alleged in the complaint.

7. Frank Amato
   Owner of Nightclub.

8. Greg Krochmal
   Manager and Head of Security at the Nightclub.

9. Christine Aylwim
   Head Bartender at the Nightclub.

    10.    Michael Maly
            Part-time Front Doorman at the Nightclub.

    11.    Renee Oliveira
            Cashier and Office Manager at the Nightclub.

    12.    Mark Ryan Bergeron
            Inside Security at Nightclub.

    13.    Richard T. Brown
            Inside Security at Nightclub.

    14.    Nichol Resca
            Cocktail Waitress at Nightclub in November 2001.

    15.    Kimberly J. Miles
            Bartender at the Nightclub.

    16.    Vinny Procoplo
            Friend of Josh Spitaleri who allegedly met Putnam and Seppi and the Nightclub on the night of the accident alleged in the complaint.

**B. A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

    1.    Accident Report
    2.    Accident Reconstruction Report done by State Police.

**C. A computation of any category of damages claimed by the disclosing party, making available for inspection and copying.**

    Not applicable to this defendant.

**D. For inspection and review any insurance agreement under which any person carrying on as an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

    Defendants will disclose a copy of the defendant's insurance policy.

                                        Defendants
Mezzanotte, LLC d/b/a Vision Nightclub and Frank C. Amato
By their attorneys,

/s/ John A. Donovan, Jr.
/s/ Kevin G. Kenneally
John A. Donovan, Jr.
BBO No. 130600
Kevin G. Kenneally
BBO No. 550050
Donovan Hatem LLP
Two Seaport Lane
Boston, Massachusetts 02210
617-406-4500

Dated: April 14, 2004

00807127/23809-1