UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03 CV 12493 RCL

MELISSA SEPPI,                          )
           PLAINTIFF                    )
                                        )
VS.                                     )
                                        )
Mezzanotte, LLC et al,                  )
           DEFENDANTS                   )

## ORDER TO PRODUCE RECORDS

To:   Keeper of Records
      Lahey Clinic
      41 Mall Road
      Burlington, MA 01805

You are hereby ordered to produce certified copies of the medical records of Meghan Putnam, D.O. B. 3/11/84, Social Security # 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, for the care and treatment rendered to the said Meghan Putnam by the Lahey Clinic on November 16, 2002, including any and all records concerning her blood alcohol level and/or her sobriety. You are further ordered to forward said records to this Court within seven days from the service of this order.

_____
Reginald C. Lindsay
Judge, U.S. District Court
U. S. Courthouse
1 Courthouse Way, Suite 5130
Boston, MA 02210