UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03 CV 12493 RCL

| | |
|---|---|
| MELISSA SEPPI, <br>         PLAINTIFF | ) <br> ) <br> ) |
| VS. | ) <br> ) |
| Mezzanotte, LLC et al, <br>         DEFENDANTS | ) <br> ) |

## ORDER TO PRODUCE RECORDS

To:     Keeper of Records
        Lahey Clinic
        41 Mall Road
        Burlington, MA 01805

You are hereby ordered to produce certified copies of the medical records of Meghan Putnam, D.O. B. 3/11/84, Social Security # 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, for the care and treatment rendered to the said Meghan Putnam by the Lahey Clinic on November 16, 2002, including any and all records concerning her blood alcohol level and/or her sobriety. You are further ordered to forward said records to this Court within seven days from the service of this order.

Reginald C. Lindsay
Judge, U.S. District Court
U. S. Courthouse
1 Courthouse Way, Suite 5130
Boston, MA 02210