UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

2004 JUL 27 A 11: 51

CIVIL ACTION NO. 03 CV 12493 RCL

MELISSA SEPPI,
        PLAINTIFF    )
        )
VS.        )
        )
MEZZANOTTE, LLC D/B/A VISION NIGHTCLUB,    )
        DEFENDANT    )

## NOTICE OF CHANGE OF ADDRESS

Let this serve to inform the court that the address and phone number of Plaintiff's attorney has changed to:

    Edward F. Wallace, Esquire
    The Law Offices of Edward F. Wallace, P.C.
    Olde Boston Square
    270 Littleton Road, Unit 22
    Westford MA  01886
    PHONE:    (978) 589-9995
    FAX:    (978) 589-9918

MELISSA SEPPI,
By her attorney,

_____
Edward F. Wallace, Esq.
BBO#: 513540
The Law Offices of Edward F. Wallace, P.C.
Olde Boston Square
270 Littleton Road, Unit 22
Westford MA  01886
PHONE:    (978) 589-9995

Dated: <u>July 21, 2004</u>

## CERTIFICATE OF SERVICE

I, Edward F. Wallace, Esq., hereby certify that on this date the foregoing document was served upon all interested parties by mailing a true copy thereof, priority mail, postage prepaid, directed to their counsels of record:

    Kevin G. Kenneally
    Donovan Hatem, LLP
    Two Seaport Ln.
    Boston, MA  02210

                                        _____
                                        Edward F. Wallace, Esq.
                                        BBO#: 513540
                                        The Law Offices of Edward F. Wallace, P.C.
                                        Olde Boston Square
                                        270 Littleton Road, Unit 22
                                        Westford MA  01886
                                        PHONE:     (978) 589-9995

Dated: July 21, 2004