SUPPLEMENTAL
JUROR QUESTIONNAIRE

Name: _____   Juror #: _____

1.  Have you or any family member ever broken a bone?
    Yes ☐   No ☐   If yes:

    a.   Please tell us about the experience:

    _____

2.  Have you or any family member ever had surgery?
    Yes ☐   No ☐   If yes:

    a.   Please tell us about the experience:

    _____
    _____

3.  Have you ever been a Plaintiff (the person suing) or a Defendant (the person being sued) in a lawsuit?
    Yes ☐   No ☐   If yes, please explain:

    _____
    _____

4.  Do you have any religious, moral, or philosophical attitudes which would prevent you from filing a lawsuit if you or a loved one was injured?

    Yes ☐   No ☐   If yes, please explain:

    _____
    _____

5.  Do you know anyone who has been involved in any kind of accident, was injured or killed in a situation where drinking was involved?

Yes ☐  No ☐   If yes, please explain:

_____

_____

6. How many times have you served as a juror in a:

   ☐ Criminal case _____ times  ☐ Civil Case _____ times
   ☐ Grand jury _____ times     ☐ Never served

   a. What type of civil case(s)?

   _____

   b. What was the verdict?

   _____

   c. Were you the foreperson? ☐ YES  ☐ NO

7. In general, how do you feel about the size of money damages awarded in civil cases today?

   _____

   _____

   _____

8. What have you read, seen or heard anything in the media, or do you hold any opinions, concerning personal injury lawsuits that would affect your ability to decide this case fairly and impartially, based solely on the evidence you hear in court?

   _____

   _____

   _____

9. Do you think that, in general, most people who file lawsuits are justified?
   Yes ☐   No ☐   Please explain:

   _____

   _____

10. Do you believe in awarding money to compensate a person for her pain?
    Yes ☐   No ☐   If yes, please tell us why you feel this way:

    _____

    _____

    _____

11. Do you believe there should be limits placed on how much money a jury should be allowed to award a person for pain?

    _____

    _____

    _____

12. Do you believe in awarding money to compensate a person for her mental anguish?
    Yes ☐   No ☐   If yes, please tell us why you feel this way:

    _____

    _____

    _____

13. Do you believe there should be limits placed on how much money a jury should be allowed to award a person for mental anguish?

    _____

    _____

14. If supported by the evidence, would you be willing to award money damages for:

   Medical Bills:   Yes ☐   No ☐

   Scarring:        Yes ☐   No ☐

15. What medications, if any, are you currently taking?

   _____

16. Are you:

   ☐ Very conservative  ☐ Conservative  ☐ Moderate  ☐ Liberal  ☐ Very Liberal

17. Is there anything else that you feel is important for the parties to know about you?

   _____
   _____
   _____

### JUROR OATH

I hereby swear or affirm that all the answers given in this juror questionnaire are true, correct, and complete to the best of my knowledge.

_____        _____
Juror's signature                      Date