UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FEDERAL DISTRICT COURT OF MASSACHUSETTS

CIVIL ACTION NO. 03 CV 12493 RCL

MELISSA SEPPI,                                        )
        PLAINTIFF                              )
                                                      )
                                                      )
vs.                                                   )
                                                      )
MEZZANOTTE, LLC d/b/a VISION                          )
NIGHTCLUB AND FRANK C. AMATO
        DEFENDANTS                            )

## VERDICT

1. Was <u>either</u> or both of the defendants, Mezzanotte, LLC d/b/a Vision Nightclub and Frank C. Amato, negligent?

    YES _____        NO _____

    If you answer to Question 1 is "YES", please go to Question 2. If your answer to Question 1 is "NO", stop here and sign this Verdict Form.

2. Was the negligence of either Defendant a substantial factor in causing Melissa Seppi's injuries?

    YES _____        NO _____

    If your answer to Question 2 is "YES", please go on to Question 3. If your answer to Question 2 is "NO", stop here and sign this Verdict Form.

3. Please state in words and numbers the amount of money that you find would fully and fairly compensate Melissa Seppi for her injuries. (DO NOT consider any percentage of fault of the plaintiff, if any, in arriving at this total amount of damages.)

    _____ Dollars ($_____)
    Amount in Words

After you have answered Question 3, please answer Question 4.

4. Was the plaintiff, Melissa Seppi, negligent?

   YES _____       NO _____

   If your answer to Question 4 is "NO", stop here and sign this Verdict Form. If your answer to Question 4 is "YES", please go to Question 5

5. Was the negligence of the plaintiff, Melissa Seppi, if any, a substantial factor in causing her injuries?

   YES _____       NO _____

   If your answer to Question 5 is "YES", please go to Question 6. If your answer to Question 5 is "NO", stop here and sign this Verdict Form.

6. What percentage of the total negligence do you attribute to:

   A.  <u>Either</u> or both of the Defendants, Mezzanote, LLC
       d/b/a Vision Nightclub and Franck C. Amato          _____percent

   B.  Plaintiff:   Melissa Seppi                           _____percent

   These items must total 100%                              _____100%


Dated:                                    _____
                                          Foreperson of the Jury