UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELISSA SEPPI, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>MEZZANOTTE, LLC d/b/a VISION )<br>NIGHTCLUB and FRANK C. AMATO, )<br>Defendants. )<br>) | C.A. NO.: 03 CV 12493 RCL |

### [DEFENDANTS' PROPOSED]
### SPECIAL VERDICT FORM

1. Did either of the Defendants or their employees provide "hand-to-hand service" of alcohol to the Plaintiff?

   Yes _____        No _____

2. Did the Defendants enact appropriate procedures or take reasonable precautions to attempt to prevent minors from drinking alcoholic beverages at the premises?

   Yes _____        No _____

3. Was the Plaintiff, by her age of legal majority, education, experience, liquor training, parental advice, and history of alcohol consumption, an "adult" for purposes of applicable law?

   Yes _____        No _____

3.A. Did Plaintiff cause injury to herself by providing the vehicle to her companion, Meghan Putnam?

   Yes _____        No _____

3.C. Was either defendant guilty of willful, wanton or reckless conduct?

Yes_____   No_____

4. Was either Defendant negligent?

Yes _____   No _____

5. Was any negligence by either Defendant a substantial contributing cause of harm to the Plaintiff?

Yes _____   No _____

6. Was Plaintiff negligent?

Yes _____   No _____

7. Was any negligence by Plaintiff a substantial contributing cause of her harm?

Yes _____   No _____

8. Please compare the percentage of negligence by Plaintiff and Defendants (the total must equal 100%):

Plaintiff Melissa Seppi        _____%

Defendants                     _____%

TOTAL_____100%

9. Please state the full amount of damages sustained by Plaintiff that were caused by Defendants:

$ _____

2

Signed _____
              Foreperson of the Jury