UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**<u>NOTICE</u>**

The document originally filed has been stricken from the docket pursuant to the Court's Order returning pleadings.