UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**NOTICE**

The document originally filed has been stricken from the docket pursuant to the Court's Order returning pleadings.