# DONOVAN | HATEM LLP
*counselors at law*

**KEVIN G. KENNEALLY, ESQ.**
617 406 4528 direct
kkenneally@donovanhatem.com

November 23, 2005

**Via E-File**
Ms. Lisa Hourihan, Courtroom Clerk
  To The Honorable Reginald C. Lindsay
U.S. District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:  *Seppi v. Mezzanotte LLC, et al.*
     **Civil Action No. 03-CV12493-RCL**

Dear Ms. Hourihan:

We received electronic notice that the trial of the *Seppi v. Mezzanotte LLC, et al.* matter has been rescheduled to February 27, 2006.

I am a lead counsel in a medical device and medical malpractice case involving catastrophic brain injuries that was specially scheduled for that date last spring. The case is *Parilla v. Zambernardi, et al.*, Suffolk Superior Court C.A. No. 2000-03259. The case was scheduled almost a year in advance of trial because of the busy trial schedules of the medical malpractice defense attorneys (there are nine medical malpractice defendants, including Beth Israel-Deaconess Medical Center). I represent the device manufacturer defendants.

Perhaps the Court could convene a brief status conference or could kindly reschedule the trial to another date that is convenient to the District Court. My only other conflicts involving earlier-filed cases are an April 24th trial before Judge Woodlock in *Carifio v. Benetton Sportsystem USA, Inc.*, U.S. District Court C.A. No. 02-11985-DPW, and *DeLeon v. Fisher Engineering and Douglas Dynamics LLC*, Suffolk Superior Court C.A. No. 1999-01180, a 1999 filing which is scheduled for trial on March 16, 2006.

Kindly advise if a motion is appropriate or necessary to raise the scheduling issues.

Thank you for your kind consideration. Have a pleasant Thanksgiving holiday.

Very truly yours,

*Kevin Kenneally*

Kevin G. Kenneally
KGK/caf
00961310.DOC
cc:   Edward F. Wallace III, Esq.

orld Trade Center East
Two Seaport Lane
Boston, MA 02210

617 406 4500 main
617 406 4501 fax
www.donovanhatem.com