UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MELISSA SEPPI,<br>  Plaintiff,<br><br>v.<br><br>MEZZANOTTE, LLC d/b/a VISION<br>NIGHTCLUB and FRANK C. AMATO,<br>  Defendants. | C.A. NO.: 03 CV 12493 RCL |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-captioned matter hereby agree and stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that this action is dismissed, with prejudice, without costs, and with all rights of appeal waived.

Plaintiff,
Melissa Seppi,
By her attorney,

*[signature]*

Edward F. Wallace III, Esq., BBO No.513540
Law Offices of Edward F. Wallace, P.C.
Olde Boston Square
270 Littleton Road, Unit 22
Westford, MA 01886
(978) 589-9995

Defendants,
Mezzanotte, LLC d/b/a Vision Nightclub
and Frank C. Amato,
By its attorneys,

*[signature]*

Kevin G. Kenneally, BBO No. 550050
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02110
(617) 406-4500

DATED: